IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**GALVIN GIBSON**  PETITIONER
*Reg #33883-112*

v.  CASE NO. 2:22-CV-00146-BSM

**JOHN P. YATES,**
*Warden*  RESPONDENT

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 9] is adopted. Galvin Gibson's petition [Doc. No. 1] is dismissed with prejudice.

IT IS SO ORDERED this 21st day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE