# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**GALVIN GIBSON**                                                              **PETITIONER**
*Reg #33883-112*

**v.**                                           **CASE NO. 2:22-CV-00146-BSM**

**JOHN P. YATES,**
*Warden*                                                                       **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 21st day of December, 2022.


_____
UNITED STATES DISTRICT JUDGE